# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

March 10, 2023

Via Facsimile
(212) 805-4060
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
500 Pearl St.
New York, NY 10017

Re: U.S. v. Valdez Bautista, 23-MJ-1441

Dear Judge Gorenstein:

I am the CJA attorney appointed to represent Sandra Valdez Bautista in the above-reference case. On February 23, 2023, Magistrate Judge Valerie Figueredo released Ms. Valdez Bautista on, inter alia, a $50,000 personal recognizance bond to be signed by two financially responsible persons, surrender of her passport and home detention subject to electronic monitoring. Ms. Valdez Bautista was released on her own signature with the other conditions to be met by March 9, 2023. Ms. Valdez Bautista has complied with her location monitoring requirements and has surrendered her passport to counsel (who provided it today to Pretrial Services). I am constrained, however, to request an additional 11 days—until March 20, 2023—for the two financially responsible persons to sign the bond. I have spoken with the government, and they have no objection to this request.

Respectfully,

Jacob Kaplan

cc:    AUSA Patrick Moroney (via email)
       Pretrial Officer Viosanny Harrison (via email)

Granted
So ordered
Gabriel W. Brent
USMJ